IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKHI RAHEEM MUHAMMAD, ) | |
| ) | |
| ) | Case No. 2:09-cv-1255 |
| Plaintiff, ) | |
| ) | Judge Joy Flowers Conti |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| COURT OF COMMON PLEAS OF ) | ECF No. 94 |
| ALLEGHENY COUNTY, PA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The Complaint in the above captioned case was received by the Clerk of Court for United States District Court for the Eastern District of Pennsylvania, on August 13, 2008, and the claims against Defendants Court of Common Pleas of Allegheny County, Pennsylvania Commonwealth Court, Pennsylvania Superior Court, and Pennsylvania Supreme Court, were transferred to this District on September 16, 2009, whereupon this matter was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 101), filed on August 25, 2011, recommended that the Motion to Dismiss filed by Defendants Court of Common Pleas of Allegheny County, Pennsylvania Commonwealth Court, Pennsylvania Superior Court, and Pennsylvania Supreme Court (ECF No. 94) be granted and the claims against these Defendants be dismissed with prejudice. Service was made on all counsel of record. In addition, service was made on Plaintiff by first

class mail to the following address: P.O. Box 42061, Washington, D.C. 20015-0661. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections were filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this  19th  day of September, 2011,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants Court of Common Pleas of Allegheny County, Pennsylvania Commonwealth Court, Pennsylvania Superior Court, and Pennsylvania Supreme Court (ECF No. 94), is **GRANTED** and Plaintiff's claims against said Defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 101) of Magistrate Judge Lenihan, dated August 25, 2011, is adopted as the opinion of the Court.

The clerk shall mark this case closed.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc: All Counsel of Record
*Via Electronic Mail*

Akhi Raheem Muhammad, *Pro Se*
P.O. Box 42061
Washington, D.C. 20015-0661
*Via First Class Mail*