IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKHI RAHEEM MUHAMMAD, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 09-1255 |
| ) | Judge Arthur J. Schwab |
| COURT OF COMMON PLEAS OF ) | Magistrate Judge Maureen P. Kelly |
| ALLEGHENY COUNTY, ) | |
| PENNSYLVANIA; COMMONWEALTH ) | |
| OF PENNSYLVANIA; SUPREME COUR ) | |
| OF PENNSYLVANIA; PENNSYLVANIA ) | |
| SUPERIOR COURT, ) | |
| Defendants. ) | |

## **O R D E R**

AND NOW, this 12th day of March, 2013, after Plaintiff Akhi Raheem Muhammad filed an action in the above-captioned case, and after a Report and Recommendation was filed by the Magistrate Judge recommending that the case be dismissed pursuant to Federal Rule of Civil Procedure 37 due to Plaintiff's failure to obey discovery related orders of this Court and Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to prosecute this case, and granting the parties until March 11, 2013, to file written objections thereto, and upon consideration of the objections filed by Plaintiff and an independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 37 due to Plaintiff's failure to obey discovery related orders of this Court and Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to prosecute this case.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Akhi Raheem Muhammad
P.O. Box 40251
Washington, DC 20016

All Counsel of Record by electronic filing